No. 40534.—Protests 909069-G, etc., of S. H. Kress et al. (Honolulu, etc.).

Opinion by First Division. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40535.—Protests 947943-G, etc., of Schear & Schrader et al. (Philadelphia, etc.).

Opinion by First Division. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, January 27, 1939

No. 40536.—Protest 949277-G of Henry Amdur & Sons, Inc. (New York).

Opinion by Tilson, J. Counsel having agreed that the merchandise is in fact embroidered the claim at 90 percent under paragraph 1529 was sustained.

No. 40537.—Protests 926513-G, etc., of Elliot, Greene & Co., Inc. (New York).

Opinion by Tilson, J. The record showed that the yarns consist of 29.8 percent silk and 70.2 percent cellulose nitrate compound and that they are made from finished or degummed silk rather than from raw silk. The protests were therefore overruled.

No. 40538.—Protest 916952-G of Abraham & Straus, Inc. (New York).

Opinion by Tilson, J. Outerwear in chief value of wool similar to that involved in United States v. International Clearing House (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

No. 40539.—Protest 692318-G of Halle Bros. Co. (Cleveland).

Opinion by Tilson, J. Outerwear in chief value of wool similar to that involved in United States v. International Clearing House (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

No. 40540.—Protest 971335-G of Gemsco, Inc. (New York).